```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  GREGORIO VASQUEZ-REYES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-07-0563 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | |
| GREGORIO VASQUEZ-REYES, | ) ) | Date: April 11, 2008  Time: 9:00 a.m. |
| Defendant. | ) ) | Judge: Garland E. Burrell, Jr. |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and GREGORIO VASQUEZ-REYES, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for April 4, 2008, be vacated and rescheduled for status conference on April 11, 2008, at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time to go over the most recent plea agreement with defendant, who speaks only Spanish.

IT IS FURTHER STIPULATED that the period from April 4, 2008, through and including April 11, 2008, be excluded in computing the time

within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: April 2, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon

_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
GREGORIO VASQUEZ-REYES


Dated: April 2, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for

_____
KYLE REARDON
Assistant U.S. Attorney
per telephonic authority


**O R D E R**

IT IS SO ORDERED.

Dated:  April 4, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge